| | |
|---|---|
| SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney<br><br>MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division<br><br>TIMOTHY J. LUCEY (CASBN 172332)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7152<br>Facsimile: (415) 436-7234<br>E-mail: Timothy.Lucey@usdoj.gov<br><br>Attorneys for Plaintiff | **FILED**<br><br>MAR X 1 2007<br><br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OCTAVIO PATINO MORALES,<br><br>    Defendant. | No. 3 07 70026 JL<br><br>NOTICE OF DISMISSAL<br><br>(San Francisco Venue) |

With leave of the Court, and with the stipulation of the defendant, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the complaint in the above-encaptioned matter against the above-named defendant without prejudice.

DATED: 3/1/2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

TIMOTHY J. LUCEY
Assistant United States Attorney

NOTICE OF DISMISSAL (CR 3 07 70026 JL)

1  **IT IS SO STIPULATED.**

2  LATHAM & WATKINS LLP

3

4  /s/ Robert Sims / Hea
   ROBERT SIMS, ESQ.

5  Attorney for Defendant Octavio Patino Morales

6

7  For good cause showing, leave is granted to the government to dismiss the complaint without prejudice.

8

9  Date: 3/1/07

10  JOSEPH C. SPERO
    ~~HON. BERNARD ZIMMERMAN~~
    United States Magistrate Judge

2